CONATTY, Administrator, Respondent, vs. THE MILWAUKEE ELECTRIC RAILWAY & LIGHT COMPANY, Appellant.

*September 2 — September 20, 1898.*

*Appeal: Bill of exceptions.*

Where there is no certificate that the bill of exceptions contains all the evidence, and no recital therein to that effect, there can be no review of the evidence on appeal, nor any inference drawn inconsistent with the verdict.

APPEAL from a judgment of the superior court of Milwaukee county: J. C. LUDWIG, Judge. *Affirmed.*

The cause was submitted for the appellant on the brief of *Miller, Noyes, Miller & Wahl,* and for the respondent on that of *Timlin & Glicksman.*

BARDEEN, J.   This action was brought by the plaintiff, as the administrator of the estate of Lawrence E. Conatty, de-

ceased, to recover damages for the alleged wrongful killing of deceased by the defendant. The trial in the court below resulted in a verdict and judgment for the plaintiff. The defendant appealed, and assigns as error that the evidence is insufficient to sustain the finding of negligence; that the parents of deceased were negligent; and that the verdict is excessive.

To determine either of these alleged errors would require an examination and consideration of the evidence produced on the trial. There is no certificate that the bill of exceptions contains all the evidence, nor is there any recitation to that effect therein. This court has often held that, in the absence of such a certificate, the presumption is that every fact within the issue and essential to support the judgment was proved upon the trial. *Lee v. Campbell,* 77 Wis. 340; *Disotell v. Henry Luther Co.* 90 Wis. 635. So there can be no review of the case upon the testimony here, nor any inference drawn inconsistent with the verdict. Of the testimony preserved, there seems to be some tending to support the jury's conclusions, and we are therefore powerless to disturb this judgment.

*By the Court.*— The judgment of the superior court of Milwaukee county is affirmed.